[No. 68416-7-I.   Division One.   November 25, 2013.]

EDWARD M. GOODMAN ET AL., *Respondents*, v. MICHAEL J. GOODMAN ET AL., *Appellants*.

By order of the Court of Appeals dated January 13, 2014, the unpublished opinion in this cause has been *replaced* by a new unpublished opinion. See 178 Wn. App. 1039.

[No. 68433-7-I.   Division One.   November 25, 2013.]

*In the Matter of the Marriage of* BRAD BART BROWN, *Respondent*, and LUCY MARIE BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 11-3-00512-3, Susan K. Cook, J., entered January 20, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Grosse and Verellen, JJ.

[No. 68468-0-I.   Division One.   November 25, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN GARNETT LARSON, SR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-10033-1, Richard D. Eadie, J., entered March 2, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Cox, JJ.

[No. 68661-5-I.   Division One.   November 25, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. PARAMJIT SINGH BASRA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05492-1, Brian D. Gain, J., entered April 20, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Grosse, J., concurred in by Cox and Schindler, JJ.